

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ACTION NO. 2:15-cr-258-04 |
| VERSUS | JUDGE MINALDI |
| JOSE MENDEZ-GONZALES | MAGISTRATE JUDGE KAY |

## JUDGMENT

This matter was referred to United States Magistrate Judge Kathleen Kay for Report and Recommendation. No objections were timely filed. Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Jose Mendez-Gonzales, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings.

**IT IS THEREFORE ORDERED** that Jose Mendez-Gonzales is finally adjudged guilty of the offense charged in Count Four of the Indictment.

Lake Charles, Louisiana, on this 28 day of December, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE